THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM McDONALD, Appellant.—

In our opinion, the facts relied on by the learned County Judge in denying the motion do not conclusively refute defendant's claims; hence, defendant is entitled to a trial of the issues raised (cf. *People* v. *Richetti*, 302 N. Y. 290, 296–297). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MITCHELL, Appellant.—

In the light of the authority which was not available to the defendant or to the court at the time of defendant's trial or at the time of his prior appeal (13 A D 2d 967), the District Attorney concedes, and we agree, that error was committed in the admission of evidence, and that such error requires a new trial in the interests of justice. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL A. PARENTE, JR., Appellant.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.